UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>VAN DER END,<br><br>      Defendant. | No. 16-cr-453 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

  The Court is in receipt of Defendant Stefan Van Der End's letter titled "Motion for Reduction of Sentence Under 3582." (Doc. No. 188). IT IS HEREBY ORDERED THAT the government shall respond to Van Der End's letter by Friday June 11, 2021.

SO ORDERED.

Dated:  June 3, 2021
     New York, New York

                     _____
                     RICHARD J. SULLIVAN
                     UNITED STATES CIRCUIT JUDGE