UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>STEFAN VAN DER END,<br><br>Defendant. | No. 16-cr-453 (RJS)<br>21-cv-8497 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

The Court is in receipt of Defendant Stefan Van Der End's *pro se* motion to Vacate, Set Aside, or Correct his sentence under 28 U.S.C. § 2255. (Doc. No. 194.) IT IS HEREBY ORDERED THAT the Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued. The government shall respond to Van Der End's motion by no later than December 17, 2021.

SO ORDERED.

Dated:   October 19, 2021
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation